# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2019

158008

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EARL STEVEN SMITH,
      Defendant-Appellant.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158008
COA: 337363
Oakland CC: 2015-256605-FH

_____/

On order of the Court, the application for leave to appeal the May 10, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2019



Clerk

p0225